FILED
4/22/2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Plaintiff's Name Jamie Cid

Prisoner No. BX0722,

Institution

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Jamie Cid
*(Enter your full name)*

v.

MR. Gillespie
MR. Fal fal
Santa Barbra County Jail
4436 Calle Real, S.B. Calif, 93101
*(Enter the full name(s) of all defendants in this action)*

Case No. 3:24-cv-02377-JCS
*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

**A.** Place of present confinement North Kern state prison

**B.** Is there a grievance procedure in this institution? ☒ YES ☐ NO

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☐ YES ? ☒ NO

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: pending for North Kern prison addressed to Santa Barbra county sheriffs Jail.

2. First formal level:

3. Second formal level: ___

4. Third formal level: ___

E. Is the last level to which you appealed the highest level of appeal available to you?
☐ YES ☒ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

___

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

Jamie Cid

B. For each defendant, provide full name, official position and place of employment.

Lieuthnant Gillespie
Sergeant Fal fal

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I have had two accidents in Jail during the shift that both Gillespie and Fal fal worked. Records can and will show that. The first accident was in march or April of 2020, where I was forced to live in a condemned cell unit in south ISO. State officials from Disability Rights in

Continued:

Sacramento witnessed my injury to my face. 916)504-5800, I cannot climb due to hardware in left leg and foot. Both medical and Jail Staff Knew about the hardware and I complained but was ignored. following day I slipped off stool landing flat on my face, blood everywhere, unconscious busted face open and was rushed to cottage hospitol for stitches. Both eyes blackened with a bump the size of a tennis ball. It was bad. mental health working then also seen it. my depression and trauma got worse behind this and the nerve of Gillespie to pretend he didnt know anything, I would like the Judge to order all Jail records and hospitol records sent to me and copy sent for Judge to review, Im also requesting a statement of damages §538, civil code §425.11 and the request to check if I qualify for punitive damages. Jail staff violated my rights at keeping me safely housed.

The court needs to know I have documented proof of grievances with responses from both Jail medical and Jail staff on issues but am at reception in prison and need to make copies. Reception makes no copies. Ill have to wait to get to main line soon. Ill send copies of grievances within by June 2024.

The second accident happened this past June of 2023. I was housed in cell #35 in east Iso. The cell was filthy with piles of dirt, dust, live insects and dead ones, I asked for cleaning supplies and was either denied or ignored. I was forced to wet and suds the cell down with a bar of soap. Wearing wet socks I painfully climbed up on bottom bunk and slipped off as I was cleaning. I landed in a twisted position on cement floor screaming in pain. I was rushed to the hospitol, cottage hospitol for x-rays. X-rays showed multiple back injuries and a damaged hip, torn hip muscle. Both Jail medical and prison medical classified me (permanetly ADA — mobility impaired) behind the accident. I have to use a cane to walk now. Im in very bad pain and I'll need surgery in the future.

Im asking the court to please assigne me an attorney to help me file this law suit and claim.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Im asking for the courts to grant me 500,000.00 for both injuries and pain and suffering as well as mental anguish.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 4/10/24
Date

[signature]
Signature of Plaintiff

# Sick Call Request

Check One: ( ) Dental ( ) Medical (X) Mental Health ( ) MAT * ( ) Completed by staff

Name: [illegible] Date of Birth: 12/11/71

Booking/CID Number: [illegible] Housing: [illegible]

[redacted]

Inmate Signature: [illegible] Today's Date: 10/31/23

Staff Signature: Today's Date:

**MEDICAL STAFF ONLY**

Pick Up Date/Time/Initials: ______ ( ) Face to Face Completed

Data Collection Notes:

RN/MH Triage Date/Time/Initials: ______ Priority: 1 2 3 4 5

Triage Notes:

White Copy: Medical Records Yellow Copy: Jail Staff Pink Copy: Inmate

**Access to Medical Care**
Emergent medical conditions shall be treated or sent out for emergency treatment immediately.

Urgent medical conditions shall be seen by the Provider within 12 hours of review by the triage RN.

Routine medical concerns shall be seen by the Provider within five (5) days of review by the triage RN, or sooner if clinically indicated.

**Access to Dental Care**
Emergent dental conditions shall be treated or sent out for emergency treatment immediately.

Urgent dental conditions shall be seen by a dentist within one (1) week, or sooner if clinically indicated.

Routine dental concerns shall be seen by a dentist within two (2) weeks, or sooner if clinically indicated.

**Access to Mental Health Care**
Four (4) hours for emergent cases, and sooner if clinically indicated, except that during the hours of 11:00 p.m. and 7:00 a.m., medical staff shall respond to emergent cases.

Twenty-four (24) hours for urgent cases, and sooner if clinically indicated.

One week for routine cases, and sooner if clinically indicated.

***If you are unable to submit a written Sick Call Request you can verbally request care. Your verbal request shall immediately be documented by the staff member who receives the request.**

# Sick Call Request

Check One: ( ) Dental (X) Medical ( ) Mental Health ( ) MAT * ( ) Completed by staff

Name: ______________________ Date of Birth: ______________________

Booking/CID Number: Housing:

Inmate Signature: Today's Date:

Staff Signature: Today's Date:

**MEDICAL STAFF ONLY**

Pick Up Date/Time/Initials: ______________________ ( ) Face to Face Completed

Data Collection Notes:

RN/MH Triage Date/Time/Initials: ______________________ Priority: 1 2 3 4 5

Triage Notes:

White Copy: Medical Records Yellow Copy: Jail Staff Pink Copy: Inmate

**Access to Medical Care**

Emergent medical conditions shall be treated or sent out for emergency treatment immediately.

Urgent medical conditions shall be seen by the Provider within 12 hours of review by the triage RN.

Routine medical concerns shall be seen by the Provider within five (5) days of review by the triage RN, or sooner if clinically indicated.

**Access to Dental Care**

Emergent dental conditions shall be treated or sent out for emergency treatment immediately.

Urgent dental conditions shall be seen by a dentist within one (1) week, or sooner if clinically indicated.

Routine dental concerns shall be seen by a dentist within two (2) weeks, or sooner if clinically indicated.

**Access to Mental Health Care**

Four (4) hours for emergent cases, and sooner if clinically indicated, except that during the hours of 11:00 p.m. and 7:00 a.m., medical staff shall respond to emergent cases.

Twenty-four (24) hours for urgent cases, and sooner if clinically indicated.

One week for routine cases, and sooner if clinically indicated.

***If you are unable to submit a written Sick Call Request you can verbally request care. Your verbal request shall immediately be documented by the staff member who receives the request.**