**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JAMIE CID,

Plaintiff,

v.

GILLESPIE, et al.,

Defendants.

Case No. 2:24-cv-03643-SPG-ADS

**ORDER ACCEPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint and the Amended Complaints (ECF Nos. 1, 21, 28, 30), the Motion to Dismiss (ECF No. 35), the Opposition(s) and Reply (ECF Nos. 36, 37, 38), and the Report and Recommendation of the United States Magistrate Judge (ECF No. 41). No party has filed objections to the Report and Recommendation, and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

//

//

//

//

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (ECF No. 41);
2. The Complaint (ECF No. 21) is DISMISSED; and
3. Judgment is to be entered accordingly.

DATED: October 20, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE