JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JAMIE CID,

Plaintiff,

v.

GILLESPIE, et al.,

Defendants.

Case No. 2:24-cv-03643-SPG-ADS

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint, filed at ECF No. 21, is DISMISSED without leave to amend.

**IT IS SO ORDERED.**

DATED: October 20, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE